1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

FILED

MAY 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10
   IN THE MATTER OF THE SEARCH OF         CASE NO. 2:18-SW-0421 AC
11
   8755 Deer Creek Circle, Stockton, California,
12 95210                                  [PROPOSED] ORDER RE: REQUEST TO SEAL
                                          DOCUMENTS
13
                                          **UNDER SEAL**
14

15

16                              **SEALING ORDER**

17      Upon application of the United States of America and good cause having been shown,

18      IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

19 search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to

20 any person, unless otherwise ordered by this Court.

21

22  Dated:  5/8/22                           _____
                                             Allison Claire
23                                           U.S. MAGISTRATE JUDGE

24

25

26

27

28

SEALING ORDER